# THE LITVAK LAW FIRM, PLLC

## IGOR B. LITVAK, ESQ.
### ATTORNEY AND COUNSELOR AT LAW
1701 AVENUE P, BROOKLYN, NY 11229 • 718-989-2908 • IGOR@LITVAKLAWNY.COM

May 29th, 2017

**VIA ECF**
The Honorable Judge Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        RE:    Gamory v. Sunrise Credit Services Inc
                  No. 1:17-cv-02727

Dear Judge McMahon:

      I represent the Plaintiff in the above referenced matter and I am informing the Court that the case has settled.

      Plaintiff respectfully requests that the Court provide that the parties may seek to reopen the matter for forty-five days instead of thirty so that the Plaintiff can be assured that the funds clear my escrow account.

      In light of the settlement, the parties respectfully request the cancellation of the conference scheduled for June 16th, 2017 at 9:45am.

      Thank you for Your Honor's time and attention to this matter.

                                          Very truly yours,

                                          /s/ Igor Litvak

                                          Igor Litvak, Esq.